# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| BRYAN R. LOVE, | : | No. 70 MM 2022 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF CHESTER COUNTY, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of November, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.